**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| PHARAOH EL-FOREVER LEFT-I AMEN EL, | Civil No. 24-3038 (JRT/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| STATE OF MINNESOTA, | |
| Respondent. | |

---

Amen El; Pharaoh El-Forever Left-I, OID # 228679, MCF Stillwater, 970 Pickett St. N., Bayport, MN 55003, *pro se* petitioner.

Peter R Marker, **RAMSEY COUNTY ATTORNEY'S OFFICE,** 360 Wabasha St. N., Suite 100, St. Paul, MN 55102, Thomas R Ragatz, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** Criminal Appeals, 445 Minnesota Street, Suite 1400, St. Paul, MN 55101, for respondent.

The Report and Recommendation in this case issued on July 30, 2024 (ECF No. 3). No objections have been filed by the deadline.  Based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 3) is **ADOPTED**;

2. This matter is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

2. No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 5, 2024                    _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                             JOHN R. TUNHEIM
                                                    United States District Judge